IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:04−cr−00027−FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE |
| | ) | |
| , et al. | ) | |
| | ) | |

      Attached to this notice is a memorandum and recommendation of a United States

Magistrate Judge in this action that has been entered on the records of this court

pursuant to 28 U.S.C. §636(b)(1)(c) and Fed.R.Crim.P. Rule 59(b)(2)−(3). Rule

59(b) provides as follows:

> *(2) Objections to Findings and Recommendations.*
> Within 10 days after being served with a copy of the
> recommended disposition, or at some other time the
> court sets, a party may serve and file specific written
> objections to the proposed findings and
> recommendations. Unless the district judge directs
> otherwise, the objecting party must promptly arrange
> for transcribing the record, or whatever portions of it
> the parties agree to or the magistrate judge considers
> sufficient. Failure to object in accordance with this
> rule waives a party's right to review.
> *(3) De Novo Review of Recommendations.* The
> district judge must consider de novo any objection to
> the magistrate judge's recommendation. The district
> judge may accept, reject, or modify the
> recommendation, receive further evidence, or
> resubmit the matter to the magistrate judge with
> instructions.

      You are hereby notified that unless written objections in accordance with this

rule are filed within 10 days after receipt of this memorandum and recommendation,

you will have waived the right to further consideration of these issues by the

district judge, and an appropriate order based on the memorandum and

recommendation will be entered. Furthermore, failure to file timely objections

to the findings and recommendation set forth by the magistrate judge may result in a

waiver of the right to appeal from a judgment of this court based on such findings

and recommendations. See <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985).

Date Filed:
January 31, 2008

/s/Dennis P. Iavarone
**Clerk of Court**
