IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:04-CR-27-1FL
4:04-CR-27-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BRIAN CONNER and ) | |
| CONVALESCENT TRANSPORTS, INC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge David W. Daniel, regarding the motion by Algernon L. Butler, III, receiver for Convalescent Transports, Inc., requesting the court to enter an order approving the method of final distribution and procedure for terminating this receivership. No objections to the M&R have been filed, and the time within which to make any objection has expired. Therefore, this matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge Daniel as its own, and the receiver's motion is GRANTED, with the exception that the receiver serve the proposed final report and motion to terminate receivership on all claimants.

SO ORDERED, this the 11th day of August, 2008.

LOUISE W. FLANAGAN
Chief United States District Judge